IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK RIDLEY, STEPHANIE KETCHUM, OLGA GUEVARA, and MARIA FERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiffs<br>vs.<br>REGENCY VILLAGE INC. D/B/A REGENCY VILLAGE SKILLED AND REHAB CENTER and PENBAR, INC. D/B/A REGENCY VILLAGE SKILLED AND REHAB CENTER,<br>Defendants. | CIVIL ACTION NO. 4:17-CV-00974 |

## ORDER OF DISMISSAL

On this date, the Court considered the parties' Stipulation of Dismissal Without Prejudice. Pursuant to the Stipulation, the Court hereby **ORDERS**:

1. All claims asserted by Plaintiffs Mark Ridley, Stephanie Ketchum, Olga Guevara, and Maria Fernandez against Defendant Regency Village Inc. d/b/a Regency Village Skilled And Rehab Center in the above-captioned lawsuit are dismissed in their entirety without prejudice to their being re-filed; and

2. Each party shall bear his or its own attorneys' fees and costs.

Signed this 16 day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE