**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS -**
**HOUSTON DIVISION**

| | |
|---|---|
| **MARK RIDLEY, STEPHANIE KETCHUM, OLGA GUEVARA, and MARIA FERNANDEZ, Individually and on Behalf of All Others Similarly Situated,** | **CIVIL ACTION NO. 4:17-CV-0974** |
| **Plaintiffs,** | |
| **vs.** | |
| **REGENCY VILLAGE INC. D/B/A REGENCY VILLAGE SKILLED AND REHAB CENTER and PENBAR, INC. D/B/A REGENCY VILLAGE SKILLED AND REHAB CENTER,** | |
| **Defendants.** | |

**JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT**
**AND TO DISMISS CASE WITH PREJUDICE**

The Parties file this joint motion to approve their confidential settlement agreement (the "Agreement") and to dismiss this case with prejudice as follows:

**I.**

Plaintiffs, Mark Ridley, Stephanie Ketchum, Olga Guevara, and Maria Fernandez ("Representative Plaintiffs"), brought this case on behalf of themselves and others similarly situated on March 29, 2017 to recover wages allegedly owed to them by Defendants pursuant to the Fair Labor Standards Act ("FLSA"). (ECF No. 1). The case was conditionally certified as a collective action on March 15, 2018. (ECF No. 46). One hundred and seven (107) individuals have opted into this lawsuit as opt-in plaintiffs. A total of one hundred and eleven (111) individuals are plaintiffs in this lawsuit.

On May 16, 2018, the Court entered the Parties' Stipulation of Dismissal Without Prejudice dismissing all claims brought against Defendant Regency Village Inc. d/b/a Regency Village Skilled And Rehab Center. (ECF No. 62).

## II.

After more than approximately ten (10) months of discovery, document exchange, motion practice, mediation and negotiation, this case was recently settled. The terms of the settlement are confidential. The Representative Plaintiffs have approved the settlement on behalf of themselves and the opt-in plaintiffs and have signed the Parties' Confidential Settlement Agreement and Release which has been filed under seal for *in-camera* review by the Court. Similarly, Defendant PenBar, Inc. d/b/a Regency Village Skilled and Rehab Center has approved the settlement. All Parties are in agreement as to the apportionment and distribution of the settlement funds. The settlement is in the best interest of all parties.

## III.

The settlement was negotiated at arm's length and represents the resolution of a bona fide dispute. All Parties were represented by counsel with years of experience handling these types of FLSA cases. The Parties represent to the Court that the terms of the settlement are fair, reasonable and in the best interests of all parties. While the terms of the settlement are confidential, each of the plaintiffs will receive substantial relief even after attorneys' fees and expenses are deducted. By entering into this settlement Defendant has not conceded liability.

In light of the Parties' settlement, they now respectfully request that the Court enter the accompanying order approving the settlement and dismissing this case with prejudice to refiling, and with each party bearing their own costs.

Dated:  January 22, 2019

Respectfully submitted,

SHELLIST | LAZARZ | SLOBIN LLP

*/s/ Todd Slobin*

Todd Slobin
State Bar No. 24002953
tslobin@eeoc.net
Ricardo J. Prieto
Texas Bar No. 24062947
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile:  (713) 621-0993
**ATTORNEYS FOR PLAINTIFFS
& CLASS MEMBERS**


Respectfully submitted,


Of Counsel:

Allison Clara Williams
State Bar No. 24075108
Federal I.D. No. 1138493
LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)
acwilliams@littler.com

*/s/ David B. Jordan*

David B. Jordan (Lead Attorney)
State Bar No. 24032603
Federal I.D. No. 40416
LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
1301 McKinney Street, Suite 1900
Houston, Texas  77010
713.951.9400 (Telephone)
713.951.9212 (Facsimile)
djordan@littler.com
**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the above and foregoing instrument was served via the Texas Southern District's ECF on January 22, 2019 to all counsel of record.


*/s/ Ricardo J. Prieto.*_____
Ricardo J. Prieto

FIRMWIDE:161913828.1 093242.1001