IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS -
HOUSTON DIVISION

| | |
|---|---|
| MARK RIDLEY, STEPHANIE KETCHUM, OLGA GUEVARA, and MARIA FERNANDEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>REGENCY VILLAGE INC. D/B/A REGENCY VILLAGE SKILLED AND REHAB CENTER and PENBAR, INC. D/B/A REGENCY VILLAGE SKILLED AND REHAB CENTER,<br><br>Defendants. | CIVIL ACTION NO. 4:17-CV-0974 |

## ORDER

On this day came on to be considered the Parties' Joint Motion to Approve Confidential Settlement and to Dismiss Case with Prejudice. The Court hereby approves the settlement and grants the Parties' joint motion. Accordingly, it is

ORDERED that the Parties' confidential settlement is hereby approved and the case is hereby dismissed with prejudice to refilling same. All costs and attorneys' fees are taxed against the party incurring same. This is a final order.

Signed this 14 day of Feb, 2019.

JUDGE GRAY H. MILLER
UNITED STATES DISTRICT JUDGE

1